**378-15**

# ELECTRONIC RECORD

COA # 10-14-00369-CR                    OFFENSE: Habeas Corpus

STYLE: Ex parte Billy Joe Booker v.         COUNTY: Johnson

TRIAL COURT: 413th District Court                                          MOTION
TRIAL COURT #: F48257                FOR REHEARING IS:
TRIAL COURT JUDGE: Hon. William C. Bosworth Jr.    DATE:
DISPOSITION: AFFIRMED                JUDGE:


DATE: March 12, 2015

JUSTICE: Scoggins            PC ____ S YES
PUBLISH: YES            DNP: ____

CLK RECORD: 12/4/2014            SUPP CLK RECORD:
RPT RECORD: 12/9/2014            SUPP RPT RECORD:
STATE BR: 1/23/2015            SUPP BR:
APP BR: 12/30/2014            PRO SE BR:


# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD            CCA # **378-15**

- - - - - - - - - - - -

_APPELLANT'S_ Petition            Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:
_REFUSED_            JUDGE:
DATE: 08/26/2015            SIGNED: _____    PC: _____
JUDGE: _PerCuriam_            PUBLISH: _____    DNP: _____

- - - - - - - - - - - -

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:
CCA IS: _____ ON _____        _____ ON _____
JUDGE: _____        JUDGE: _____